UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                    Criminal No. 19-CR-20425

vs.                                             HON. BERNARD A. FRIEDMAN

MARIO KAREEM JACKSON,

    Defendant.

_____/

**ORDER DENYING DEFENDANT'S MOTION FOR A *DAUBERT* HEARING**

**and**

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S
MOTIONS FOR A *FRANKS* HEARING**

On May 5, 2021, this matter came before the Court on three motions filed by defendant. The motions consisted of one motion for a *Daubert* hearing and to preclude the testimony of the government's expert witness [docket entry 71], and two motions for a *Franks* hearing and to suppress evidence [docket entries 72, 73]. A hearing was held and argument heard. For the reasons stated on the record,

IT IS ORDERED defendant's motion for a *Daubert* hearing [docket entry 71] is denied. At trial, defendant will have the opportunity to establish a basis for such a hearing, to the extent one exists.

IT IS FURTHER ORDERED that defendant's motions for a *Franks* hearing [docket entries 72, 73] are denied without prejudice. Defendant may renew these motions after the *Daubert* issue is addressed at trial.

                                                           s/Bernard A. Friedman
                                                           BERNARD A. FRIEDMAN
Dated: May 5, 2021                         SENIOR UNITED STATES DISTRICT JUDGE
       Detroit, Michigan