UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,

v.                                          Case No. 19–cr–20425

                                          Hon. Bernard A. Friedman

Mario Keeream Jackson,

       Defendant.

_____

## ORDER PERMITTING DEFENDANT TO FILE MOTION FOR TRIAL BUDGET UNDER SEAL

Upon Motion [ECF NO. 131] by Defendant,

IT IS HEREBY ORFERED that Defendant may file his Motion to for trial Budget under Seal.

**IT IS SO ORDERED.**

                                              s/Bernard A. Friedman
                                              Hon. Bernard A. Friedman
                                              Senior United States District Judge

Dated: December 16, 2022
       Detroit, Michigan