UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,               Case No. 19-cr-20425
                                   HON. BERNARD A. FRIEDMAN

vs.

MARIO JACKSON,

      Defendant.
_____/

## ORDER GRANTING IN PART MOTION TO CONTINUE TRIAL

      This matter is before the Court on defendant Mario Jackson's unopposed motion to continue trial.  (ECF No. 155).  Trial in this matter is currently scheduled to begin April 11, 2023; Jackson moves to continue the trial for 60 days.  (ECF NO. 155, PageID.924).  The Court held an off-the-record status conference with the attorneys in this case on April 3, 2023.  For cause shown, and because it is unopposed, the Court shall grant the motion in so far as the trial shall be adjourned until May 11, 2023. Accordingly,

      IT IS ORDERED that trial in this matter shall begin on May 11, 2023.  No further extensions shall be granted.

      **SO ORDERED.**

                               s/Bernard A. Friedman
Dated: April 7, 2023           Hon. Bernard A. Friedman
Detroit, Michigan             Senior United States District Judge