UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

vs.

D-1 Mario Keeream Jackson,

        Defendant.

Case No. 2:19-cr-20425
Honorable Bernard A. Friedman

### Notice of Change of Assistant U.S. Attorney

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

*Add the following AUSA(s):*
Name: Cassandra M. Resposo
Bar ID: IL 6306790
Telephone: (313) 226-9736
Fax: (313) 226-3800
Email: Cassandra.Resposo@usdoj.gov

*Terminated the following AUSA(s):*
Name: NONE

S/Cassandra M. Resposo
Cassandra M. Resposo (IL 6302830)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9736
Cassandra.Resposo@usdoj.gov

Dated: May 1, 2023