UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Case No. 19-cr-20425
                                              HON. BERNARD A. FRIEDMAN

vs.

MARIO JACKSON,

        Defendant.

_____/

### **ORDER DENYING MOTIONS IN LIMINE (ECF NOS. 141, 156)**

This matter is before the Court on defendant Mario Jackson's motion *in limine* to suppress evidence and his motion *in limine* to compel discovery. (ECF Nos. 141, 156). The government has filed a response to each motion. (ECF Nos. 146, 162). The Court held a hearing on the motions on May 2, 2023. For the reasons stated on the record it is hereby,

ORDERED that the motion *in limine* to suppress evidence (ECF No. 141) is DENIED.

IT IS FURTHER ORDERED that the motion *in limine* to compel discovery (ECF No. 156) is DENIED.

**SO ORDERED.**

Dated: May 3, 2023
Detroit, Michigan

s/Bernard A. Friedman
Hon. Bernard A. Friedman
Senior United States District Judge