UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**MARIO KEEREAM JACKSON,**

    Defendant.

_____/

Criminal No. 19-cr-20425

Hon. Bernard A. Friedman

FILED
MAY 23 2023
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## VERDICT FORM

We, the jury, unanimously find as to the defendant Mario Jackson:

As to the charge in Count One: Hobbs Act Robbery, we the Jury find the defendant:

Not Guilty_____  Guilty____X____

As to the charge in Count Two: Brandishing a Firearm During and in Relation to a Crime of Violence, we the Jury find the defendant:

Not Guilty_____  Guilty____X____

As to the charge in Count Three: Hobbs Act Robbery, we the Jury find the defendant:

Not Guilty_____  Guilty____X____

1

As to the charge in Count Four: Brandishing a Firearm During and in Relation to a Crime of Violence, we the Jury find the defendant:

Not Guilty_____        Guilty___X___

As to the charge in Count Five: Attempt Hobbs Act Robbery, we the Jury find the defendant:

Not Guilty_____        Guilty___X___

As to the charge in Count Seven: Hobbs Act Robbery, we the Jury find the defendant:

Not Guilty_____        Guilty___X___

As to the charge in Count Eight: Brandishing a Firearm During and in Relation to a Crime of Violence, we the Jury find the defendant:

Not Guilty_____        Guilty___X___

As to the charge in Count Nine: Hobbs Act Robbery, we the Jury find the defendant:

Not Guilty_____        Guilty___X___

As to the charge in Count Ten: Brandishing a Firearm During and in Relation to a Crime of Violence, we the Jury find the defendant:

Not Guilty_____        Guilty___X___

As to the charge in Count Eleven: Entering Premises of a DEA-Registered Pharmacy with Intent to Steal Controlled Substances;

Not Guilty_____        Guilty___X___

As to the charge in Count Twelve: Felon in Possession of a Firearm or Ammunition, we the Jury find the defendant:

Not Guilty_____          Guilty __X__

s/Jury Foreperson
In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

5/23/23
DATE